FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

## COMPLAINT

Scott    10476509
(Last Name)    (Identification Number)

Georgio    Rodriguez
(First Name)    (Middle Name)

USP McCreary
(Institution)

P.O. Box 3000 Pine Knot Ky 42635
(Address)

(Enter above the full name of the plaintiff, prisoner and address of plaintiff in this action)

V.    CIVIL ACTION NUMBER: 2:24-cv-202-HSO-BWR
(to be completed by the Court)

State of Mississippi

~~Forrest~~ Lamar County

(Enter the full name of the defendant(s) in this action)

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated?
   Yes ( )    No (✓)

B. Are you presently incarcerated?
   Yes (✓)    No ( )

C. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?
   Yes ( )    No (✓)

D. Are you presently incarcerated for a parole or probation violation?
   Yes ( )    No (✓)

E. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?
   Yes ( )    No (✓)

F. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
   Yes ( )    No (✓)

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: Georgio Scott   Prisoner Number: 10476509

Address: P.O. Box 3,000 Pine Knot Ky 42635

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: State of Mississippi   is employed as _____

_____ at _____

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: Georgio Scott

ADDRESS: P.O. Box 3000 Pine Knot Ky 42635

DEFENDANT(S):

NAME: State of mississippi
Lamar County

ADDRESS:

Page 2 of 4

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A. Have you ever filed any lawsuits in a court of the United States?   Yes (✓)   No ( )

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1.
1. Parties to the action: Scott v forrest county, williams, mississippi

2. Court (if federal court, name the district; if state court, name the county): Southern District of mississippi

3. Docket Number: Case 2:19-cv-00166-TBM-MTP

4. Name of judge to whom case was assigned: Micheal T Parker

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) failure to complete grievance procedure

CASE NUMBER 2.
1. Parties to the action: Scott v mississippi, forrest county, pyles, Billy mcgee Justin Graham william burdette

2. Court (if federal court, name the district; if state court, name the county): Southern District of mississippi

3. Docket Number: Case : 2:19-CV-00123-TBM-MTP

4. Name of judge to whom case was assigned: Micheal T Parker

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) failure to conform to grievance procedure

Page 3 of 4

**STATEMENT OF CLAIM**

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

On or about (January of 2020) did Lamar County Judge enter a sentence of 3 years credited to time served, to the plantiff. The Judge affirmed that the plantiff was not eligle for probation. The plantiff was released from custody immediately. Weeks later the judge amendend his sentence and placed him on probetion/non adjudicated adjudge finest without notice to the plantiff. The said probation was then revoked for unbeyennced reasons. Later plantiff was indicted by the federal government and this probation sentence was used to enhance criminal history which gave the plantiff more time + deny Plantiff halfway house + program opportunities provided by the Bop that could reduce ones sentence. And comply with Scott maditory supervion Requirment SJ (claim based on double jepordy) + dipridulation of life + liberty without Due process (federal question case By weight of Constitutional violation gives this court Jurisdictn) This ascetion made in Regards to Rule 8 of the FRCP Section (a)(1).

**RELIEF**

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

I seek compesatory relief in the amount of 2 million dollars for gross negligance, punitive damages, mental anguish, pain and suffering, lawyer fees, speculative damages and smart money enhancements

Signed this 22 day of November, 2024.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

_____
Signature of plaintiff

| | | |
|---|---|---|
| Date: 10/25/2024 | Federal Bureau of Prisons | Facility: MCR |
| Time: 1:10:31 PM | TRUFACS | |
| | **Inmate Statement** | |
| | Sensitive But Unclassified | |

**Start Date:** 04/25/2024
**End Date:** 10/25/2024
**Inmate Reg#:** 10476509
**Account Status:** All
**Institution:** All

Certified By: M. Constant, [signature] 10/25/2024

Date: 10/25/2024
Time: 1:10:31 PM

**Federal Bureau of Prisons**
**TRUFACS**
**Inmate Statement**
Sensitive But Unclassified

Facility: MCR

## General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 10476509 | Living Quarter: | F03-118L |
| Inmate Name: | SCOTT, GEORGIO R | Arrived From: | |
| Current Site Name: | McCreary USP | Transferred To: | |
| Housing Unit: | MCR-F-B | Account Creation Date: | 10/28/2021 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| MCR | 05/03/2024 06:15:40 PM | TL0503 | | | TRUL Withdrawal | ($2.00) | | $640.45 |
| MCR | 05/10/2024 10:11:10 AM | TL0510 | | | TRUL Withdrawal | ($2.00) | | $638.45 |
| MCR | 05/19/2024 08:35:49 PM | TL0519 | | | TRUL Withdrawal | ($2.00) | | $636.45 |
| MCR | 05/23/2024 11:25:50 AM | TL0523 | | | TRUL Withdrawal | ($2.00) | | $634.45 |
| MCR | 05/30/2024 09:14:15 AM | 63 | | | Sales | ($4.90) | | $629.55 |
| MCR | 06/10/2024 12:47:15 PM | ZFRP0624 | | | FRP Quarterly Pymt | ($40.00) | | $589.55 |
| MCR | 06/11/2024 08:33:16 AM | 22 | | | Sales | ($24.25) | | $565.30 |
| MCR | 06/13/2024 12:58:19 PM | ZICP0624 | | | Inmate Co-pay | ($2.00) | | $563.30 |
| MCR | 06/24/2024 12:02:02 PM | 52 | | | Sales | ($179.70) | | $383.60 |
| MCR | 07/10/2024 01:29:30 PM | ZICP0724 | | | Inmate Co-pay | ($2.00) | | $381.60 |
| MCR | 07/18/2024 08:20:01 AM | 23 | | | Sales | ($167.90) | | $213.70 |
| MCR | 07/20/2024 07:07:18 PM | 33324202 | | | Western Union | $100.00 | | $313.70 |
| MCR | 07/21/2024 07:08:45 AM | 33324203 | | | Western Union | $51.00 | | $364.70 |
| MCR | 07/22/2024 07:08:23 PM | 33324204 | | | Western Union | $100.00 | | $464.70 |
| MCR | 07/22/2024 07:08:25 PM | 33324204 | | | Western Union | $50.00 | | $514.70 |
| MCR | 07/23/2024 02:08:16 PM | 33324205 | | | Western Union | $50.00 | | $564.70 |
| MCR | 07/23/2024 05:07:42 PM | 33324205 | | | Western Union | $25.00 | | $589.70 |
| MCR | 07/31/2024 06:08:00 PM | 33324213 | | | Western Union | $200.00 | | $789.70 |
| MCR | 08/08/2024 01:12:46 PM | 31 | | | Sales | ($15.40) | | $774.30 |
| MCR | 08/13/2024 09:22:10 AM | TL0813 | | | TRUL Withdrawal | ($30.00) | | $744.30 |
| MCR | 08/23/2024 02:18:32 PM | TL0823 | | | TRUL Withdrawal | $5.75 | | $750.05 |
| MCR | 08/24/2024 08:26:05 AM | 4292 | | | BP 199 Request | | ($450.00) | |
| MCR | 08/27/2024 08:24:15 AM | 13 | | | Sales | ($48.40) | | $701.65 |
| MCR | 08/27/2024 08:27:25 AM | 15 | | | Sales | $0.00 | | $701.65 |
| MCR | 08/27/2024 08:30:40 AM | 18 | | | Sales | ($10.70) | | $690.95 |

Date: 10/25/2024
Time: 1:10:31 PM

**Federal Bureau of Prisons**
**TRUFACS**
**Inmate Statement**
Sensitive But Unclassified

Facility: MCR

## General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 10476509 | Living Quarter: | F03-118L |
| Inmate Name: | SCOTT, GEORGIO R | Arrived From: | |
| Current Site Name: | McCreary USP | Transferred To: | |
| Housing Unit: | MCR-F-B | Account Creation Date: | 10/28/2021 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| MCR | 09/05/2024 12:30:37 PM | 4292 | | | BP 199 Request - Released | | $450.00 | |
| MCR | 09/06/2024 06:15:44 PM | 4429 | | | BP 199 Request | | ($450.00) | |
| MCR | 09/06/2024 06:51:25 PM | 4429 | | | BP 199 Request - Released | | $450.00 | |
| MCR | 09/06/2024 06:51:59 PM | 4430 | | | BP 199 Request | | ($450.00) | |
| MCR | 09/08/2024 01:07:44 PM | 33324252 | | | Western Union | $20.00 | | $710.95 |
| MCR | 09/09/2024 09:13:03 AM | ZFRP0924 | | | FRP Quarterly Pymt | ($40.00) | | $670.95 |
| MCR | 09/11/2024 10:16:02 AM | 4430 | | | BP 199 Request - Released | | $450.00 | |
| MCR | 09/11/2024 10:17:00 AM | 4483 | | | BP 199 Request | | ($450.00) | |
| MCR | 09/18/2024 08:16:48 AM | TL0918 | | | TRUL Withdrawal | $9.95 | | $680.90 |
| MCR | 09/26/2024 09:38:49 AM | 10 | | | Sales | ($146.75) | | $534.15 |
| MCR | 09/26/2024 12:30:35 PM | TL0926 | | | TRUL Withdrawal | $9.15 | | $543.30 |
| MCR | 09/29/2024 03:29:01 PM | 4483 | | | BP 199 Request - Released | | $450.00 | |
| MCR | 09/29/2024 03:29:53 PM | 4607 | | | BP 199 Request | | ($450.00) | |
| MCR | 10/18/2024 08:35:32 AM | 4607 | | | BP 199 Request - Released | | $450.00 | |
| MCR | 10/18/2024 08:35:32 AM | 4607 | 35 | | Court Fees | ($450.00) | | $93.30 |
| MCR | 10/22/2024 08:44:03 AM | 28 | | | Sales | ($36.80) | | $56.50 |
| MCR | 10/24/2024 11:30:05 AM | TL1024 | | | TRUL Withdrawal | ($5.00) | | $51.50 |
| | Institution Count: | 42 | | | | | | |
| | Total Count: | 42 | | | Totals: | ($590.95) | $0.00 | |

Page 3

# Federal Bureau of Prisons
## TRUFACS
### Inmate Statement
Sensitive But Unclassified

## General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 10476509 | Living Quarter: | F03-118L |
| Inmate Name: | SCOTT, GEORGIO R | Arrived From: | |
| Current Site Name: | McCreary USP | Transferred To: | |
| Housing Unit: | MCR-F-B | Account Creation Date: | 10/28/2021 |

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| MCR | $1.50 | $0.00 | $0.00 | $0.00 | $50.00 | $0.00 | $0.00 | $51.50 |
| Totals: | $1.50 | $0.00 | $0.00 | $0.00 | $50.00 | $0.00 | $0.00 | $51.50 |

## Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | National 6 Months Avg Daily Balance | Local Max. Balance -Prev. 30 Days | Average Balance- Prev. 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $596.00 | $1,186.95 | $581.07 | $680.90 | $430.70 | N/A | N/A |

1. Parties to the Action
   Scott v pyles forrest county
2. Court
   Southern District of mississippi
3. Docket number
   2:19-CU-00179-TBM-MTP
4. name of Judge whom case was assigned
   Micheal T parker
5. Disposition
   failure to comply to greivance procedure